FILED

03/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0636

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 23-0636

BLUEBIRD PROPERTY RENTALS,
LLC. and ALAINA GARCIA,

      Plaintiffs and Appellees,

  v.

WORLD BUSINESS LENDERS, LLC,
WBL SPO I, LLC, and WBL SPO II, LLC,

      Defendants and Appellants.

## ORDER

Upon consideration of Appellants' motion For extension of time, and with good cause appearing,

IT IS HEREBY ORDERED that Appellants are hereby granted an extension of time to and including May 3, 2024, in which to prepare, file and serve Appellant's reply brief.

No further extensions will be granted.

Motion for Extension of Time

Electronically Signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2024